UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ZUBAIR PATEL, Individually and on Behalf of All Others Similarly Situated, | : Civil Action No. 1:14-cv-06038-VEC |
|  | : **(Consolidated)** |
| Plaintiff, | : CLASS ACTION |
| vs. | : LEAD PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |
| L-3 COMMUNICATIONS HOLDINGS, INC., et al., |  |
| Defendants. |  |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation of Settlement with exhibits, and all prior pleadings and proceedings had herein, Lead Plaintiffs City of Pontiac General Employees' Retirement System, Local 1205 Pension Plan and City of Taylor Police and Fire Retirement System, by and through their attorneys, hereby move the Court, before the Honorable Valerie E. Caproni, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for entry of the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice, agreed upon by all parties: (1) granting preliminary approval of the proposed settlement; (2) certifying the Class for settlement purposes only; (3) approving the form and manner of giving notice of the proposed settlement to the Class; and (4) setting a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto.  Defendant does not oppose the motion.

1238242_1

DATED: February 22, 2017         Respectfully submitted,

                                        ROBBINS GELLER RUDMAN
                                            &DOWD LLP
                                        SAMUEL H. RUDMAN
                                        DAVID A. ROSENFELD
                                        ALAN I. ELLMAN

                                        s/ David A. Rosenfeld
                                        DAVID A. ROSENFELD

                                        58 South Service Road, Suite 200
                                        Melville, NY  11747
                                        Telephone:  631/367-7100
                                        631/367-1173 (fax)
                                        srudman@rgrdlaw.com
                                        drosenfeld@rgrdlaw.com
                                        aellman@rgrdlaw.com

                                        ROBBINS GELLER RUDMAN
                                          &DOWD LLP
                                        ELLEN GUSIKOFF STEWART
                                        655 West Broadway, Suite 1900
                                        San Diego, CA  92101-8498
                                        Telephone:  619/231-1058
                                        619/231-7423 (fax)
                                        elleng@rgrdlaw.com

                                        Lead Counsel for Plaintiffs

                                        SULLIVAN, WARD, ASHER & PATTON, P.C.
                                        CYNTHIA J. BILLINGS
                                        1000 Maccabees Center
                                        25800 Northwestern Highway
                                        Southfield, MI  48075-1000
                                        Telephone:  248/746-0700
                                        248/746-2760 (fax)
                                        cbillings@swappc.com

        VANOVERBEKE MICHAUD & TIMMONY, P.C.
        THOMAS C. MICHAUD
        79 Alfred Street
        Detroit, MI  48201
        Telephone:  313/578-1200
        313/578-1201 (fax)
        tmichaud@vmtlaw.com

        Additional Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2017, I caused the foregoing LEAD PLAINTIFFs' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT to be served electronically on all ECF participants.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

1238242_1