UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————— x
ZUBAIR PATEL, Individually and on Behalf     :     Civil Action No. 1:14-cv-06038-VEC
of All Others Similarly Situated,            :     **(Consolidated)**
                                             :
                          Plaintiff,         :     <u>CLASS ACTION</u>
                                             :
            vs.                              :     LEAD PLAINTIFFS' NOTICE OF MOTION
                                             :     AND MOTION FOR FINAL APPROVAL OF
L-3 COMMUNICATIONS HOLDINGS, INC.,           :     SETTLEMENT AND APPROVAL OF PLAN
et al.,                                      :     OF ALLOCATION
                                             :
                          Defendants.        :
                                             :
—————————————————————— x

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

        PLEASE TAKE NOTICE that Lead Plaintiffs City of Pontiac General Employees'

Retirement System, Local 1205 Pension Plan, and City of Taylor Police and Fire Retirement System,

on behalf of the Class, through counsel, will move this Court on August 10, 2017, at 2:00 p.m.,

before the Honorable Valerie Caproni, for entry of orders and judgments, pursuant to Rule 23 of the

Federal Rules of Civil Procedure: (1) granting final approval of the settlement; and (2) approving the

proposed Plan of Allocation.  This motion is based on: (i) the Memorandum of Law in Support of

Lead Plaintiffs' Motion for Final Approval of Settlement and Approval of Plan of Allocation; (ii) the

Declaration of David A. Rosenfeld in Support of Lead Plaintiffs' Motion for Final Approval of

Settlement and Approval of Plan of Allocation and Lead Counsel's Motion for an Award of

Attorneys' Fees and Expenses and Awards to Lead Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4);

(iii) the Declaration of Jennifer M. Bareither; (iv) the Declarations of Lead Plaintiffs; (v) the

Stipulation of Settlement; and (vi) all other proceedings herein.

1286106_1

Proposed orders will be submitted with Lead Plaintiffs' reply submission on or before August 3, 2017.

DATED: July 13, 2017                    Respectfully submitted,

                                        ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                        ELLEN GUSIKOFF STEWART


                                                 s/ Ellen Gusikoff Stewart
                                        ELLEN GUSIKOFF STEWART

                                        655 West Broadway, Suite 1900
                                        San Diego, CA  92101-8498
                                        Telephone:  619/231-1058
                                        619/231-7423 (fax)
                                        elleng@rgrdlaw.com

                                        ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                        SAMUEL H. RUDMAN
                                        DAVID A. ROSENFELD
                                        ALAN I. ELLMAN
                                        58 South Service Road, Suite 200
                                        Melville, NY  11747
                                        Telephone:  631/367-7100
                                        631/367-1173 (fax)
                                        srudman@rgrdlaw.com
                                        drosenfeld@rgrdlaw.com
                                        aellman@rgrdlaw.com

                                        Lead Counsel for Plaintiffs

                                        SULLIVAN, WARD, ASHER & PATTON, P.C.
                                        CYNTHIA J. BILLINGS
                                        1000 Maccabees Center
                                        25800 Northwestern Highway
                                        Southfield, MI  48075-1000
                                        Telephone:  248/746-0700
                                        248/746-2760 (fax)
                                        cbillings@swappc.com

1286106_1

VANOVERBEKE MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel for Plaintiff

- 3 -

## CERTIFICATE OF SERVICE

I, Ellen Gusikoff Stewart, hereby certify that on July 13, 2017, I authorized a true and correct copy of LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Ellen Gusikoff Stewart*
ELLEN GUSIKOFF STEWART